UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**WESLEY O. NELSON**,

                Plaintiff,

- v -                                    **DECISION**
                                        Case No: 3:4-CV 0261

**SEAN M. RALPH, CHRIS P. LEHENBAUER**      TMJ        GLS
**and MICHAEL F. TEN EYCK c/o OTSEGO**
**COUNTY SHERIFF'S DEPARTMENT,**
**COOPERSTOWN, NEW YORK 13326**

---

**APPEARANCES:**                              **OF COUNSEL**:

**FOR PLAINTIFF:**

JACOBS & JACOBS                       MICHAEL A. JACOBS, ESQ.
Michael A. Jacobs, Esq.
31 Lake Street
P.O. Box 159
Stamford, NY 12167

**FOR DEFENDANT TEN EYCK:**

KONSTANTY LAW OFFICE            JAMES E. KONSTANTY, ESQ.
252 Main Street
Oneonta, New York 13820

**FOR DEFENDANTS RALPH AND LEHENBAUER**

NYS ATTORNEY GENERAL OFFICE    DAVID B. ROBERTS, AAG
David B. Roberts, AAG
The Capitol
Albany, NY 12224-0341

**HON. THOMAS J. McAVOY, JUDGE**

The above entitled action having been brought before the Court on the 9th day of May, 2005 at the U.S. District Court for the Northern District of New York, Albany, New York by motion for summary judgment pursuant to FRCP 56 of the claimed causes of action contained in the Summons and Complaint of the Plaintiff by Defendant Ten Eyck, and upon the pleadings and motion documents submitted herein and the parties having appeared by counsel before the Court this date and made their respective arguments on the motions

**NOW**, upon the motion of JAMES E. KONSTANTY, ESQ., Attorney of Record for the Defendant Ten Eyck herein, it is

**ORDERED,** that pursuant FRCP 56, Summary Judgment is granted to Defendant Ten Eyck herein as to all claimed causes of action contained in the Summons and Complaint of Plaintiff for the reasons stated from the bench on May 9, 2005.

IT IS SO ORDERED.

Dated: May 19, 2005

*/s/ Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge